IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KAI HANSJURGENS,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD H. BAILEY,<br><br>    Defendant. | CIVIL ACTION NO.: 4:21-cv-105 |

**O R D E R**

The Judgment of the Court in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 17th day of May, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA